STEPHEN M. PEZZI
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-8576
Email: stephen.pezzi@usdoj.gov

*Counsel for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## TRENTON VICINAGE

| | |
|---|---|
| BRISTOL MYERS SQUIBB COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of the Department of Health and Human Services, *et al.*,<br><br>Defendants. | Case No. 3:23-cv-3335-RK-JBD |

## DESIGNATION OF AGENT FOR SERVICE
## UNDER LOCAL CIVIL RULE 101.1(f)

In accordance with Local Civil Rule 101.1(f), the undersigned hereby makes the following designation for the receipt of service of all notices or papers in this action at the following address:

United States Attorney's Office
District of New Jersey
Attention:  J. Andrew Ruymann
Assistant U.S. Attorney
402 East State Street, Room 430
Trenton, NJ 08608


Dated: July 12, 2023                    Respectfully submitted,

                                        BRIAN M. BOYNTON
                                        Principal Deputy Assistant Attorney General

                                        PHILIP R. SELLINGER
                                        United States Attorney

                                        MICHELLE R. BENNETT
                                        Assistant Branch Director

                                        */s/ Stephen M. Pezzi*
                                        STEPHEN M. PEZZI
                                        Senior Trial Counsel
                                        United States Department of Justice
                                        Civil Division, Federal Programs Branch
                                        1100 L Street, NW
                                        Washington, DC 20005
                                        Tel: (202) 305-8576
                                        Email: stephen.pezzi@usdoj.gov

                                        *Counsel for Defendants*