IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JANSSEN PHARMACEUTICALS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of the Department of Health and Human Services, et al.,<br><br>Defendants. | Case No. 3:23-cv-3818-ZNQ-JBD<br><br>**NOTICE OF MOTION FOR ADMISSION** *PRO HAC VICE* |

TO:   Counsel of Record

**PLEASE TAKE NOTICE** that, pursuant to Rule 101.1 of the Local Rules for the United States District Court for the District of New Jersey, the undersigned counsel for Movants Public Citizen, Patients for Affordable Drugs Now, Doctors for America, Protect Our Care, and Families USA shall move before the Honorable J. Brendan Day at the United States District Court for the District of New Jersey, located in the Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Room 2020, Trenton, NJ 08608, for an Order admitting Wendy Liu as counsel for Movants in the above-captioned case.

**PLEASE TAKE FURTHER NOTICE** that in support of this application, Movants have filed the Certification of Wendy Liu, and the Certification of Andrew M. Milz of Flitter Milz, P.C, a member of good standing of the bar of the United States District Court for the District of New Jersey.

A proposed form of Order is being submitted to the Court in connection with this motion.

| | |
|---|---|
| Date: October 30, 2023 | */s/ Andrew M. Milz*<br>CARY L. FLITTER<br>ANDREW M. MILZ<br>**FLITTER MILZ, P.C.**<br>1814 East Rt. 70, Suite 350<br>Cherry Hill, NJ 08003<br>cflitter@consumerslaw.com<br>amilz@consumerslaw.com<br>(856) 396-0600<br><br>**Attorneys for Movants** |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JANSSEN PHARMACEUTICALS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of the Department of Health and Human Services, et al.,<br><br>    Defendants. | Case No. 3:23-cv-3818-ZNQ-JBD<br><br>**CERTIFICATION OF WENDY LIU IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION** |

Wendy Liu, being of full age, hereby certifies as follows:

1. I am an attorney-at-law at Public Citizen Litigation Group, 1600 20th Street NW, Washington, D.C. 20009. I make this Certification based upon personal knowledge in support of the application for my admission in this action *pro hac vice*.

2. I am duly admitted to and a member in good standing of the following bars, admitted in the years shown below:

| | |
|---|---|
| District of Columbia Court of Appeals<br>430 E Street NW, Room 123<br>Washington, DC 20001 | 2018 |
| New York Supreme Court<br>27 Madison Ave.<br>New York, NY 10010 | 2015 |
| U.S. District Court for the District of Columbia<br>333 Constitution Avenue NW<br>Washington, DC 20001 | 2018 |
| U.S. District Court for the Southern District of New York<br>500 Pearl Street<br>New York, NY 10007 | 2017 |

| | |
|---|---|
| U.S. Court of Appeals for the Sixth Circuit<br>540 Potter Stewart U.S. Courthouse<br>100 E. Fifth Street<br>Cincinnati, Ohio 45202 | 2016 |
| U.S. Court of Appeals for the Ninth Circuit<br>95 7th Street<br>San Francisco, CA 94103 | 2020 |
| U.S. Court of Appeals for the D.C. Circuit<br>333 Constitution Ave., NW<br>Washington, DC 20001 | 2019 |
| Supreme Court of the United States<br>One First Street, NE<br>Washington, DC 20543 | 2019 |

3. I am not under suspension or disbarment by any Court. No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.

4. I am associated in this matter with Andrew M. Milz of Flitter Milz, a member of the New Jersey bar, who is acting and shall continue to act as New Jersey counsel of record for Movants in this action pursuant to Local Civil Rule 101.1(c). All pleadings, briefs and other papers filed with the Court shall continue to be signed by New Jersey counsel.

5. Upon admission *pro hac vice*, I also agree to be subject to the disciplinary jurisdiction of this Court, pursuant to Local Civil Rule 101.1(c)(5), and to fully comply with all provisions of Local Civil Rule 101.1(c) for the duration of this action. Upon admission *pro hac vice*, I agree to pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28.2. I also agree to pay the application fee to the Clerk

of the United States District Court for the District of New Jersey in accordance with Local Civil Rule 101.1(c)(3).

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Date: October 30, 2023

Wendy Liu (*pro hac vice* motion forthcoming)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000
wliu@citizen.org