UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
TRENTON VICINAGE

| | |
|---|---|
| BRISTOL MYERS SQUIBB CO.,<br><br>    Plaintiff,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of the Department of Health and Human Services, *et al.*,<br><br>    Defendants.<br><br>JANSSEN PHARMACEUTICALS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of the Department of Health and Human Services, *et al.*,<br><br>    Defendants. | Case No. 3:23-cv-3335-ZNQ<br><br>So Ordered this __7th__ day of __DECEMBER__, 20__23__<br><br>_____<br>Hon. Zahid N. Quraishi<br>**United States District Judge**<br><br>Case No. 3:23-cv-3818-ZNQ |

## **CONSENT ORDER**

Upon consideration of Defendants' unopposed request to extend the page limit for their combined reply brief in support of their cross-motion for summary judgment by 15 pages, it is hereby **ORDERED** that the request is **GRANTED**.

Defendants shall file a combined reply brief not to exceed 45 pages.