| | | |
|---|---|---|
| SILLS CUMMIS & GROSS P.C. | JONES DAY | JONES DAY |
| Jeffrey J. Greenbaum | Toni-Ann Citera* | Noel J. Francisco* |
| Katherine M. Lieb | Rajeev Muttreja* | Yaakov M. Roth* |
| One Riverfront Plaza | 250 Vesey Street | Brett A. Shumate* |
| Newark, New Jersey 07102 | New York, NY 10281 | Charles E.T. Roberts* |
| (973) 643-7000 | (212) 326-3939 | 51 Louisiana Ave. NW |
| | | Washington, DC 20012 |
| | *admitted *pro hac vice* | (202) 879-3939 |

*Attorneys for Plaintiff*
*Bristol Myers Squibb Company*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

BRISTOL MYERS SQUIBB COMPANY, :

        Plaintiff, :

v. :

XAVIER BECERRA, U.S. Secretary of Health & Human Services; CHIQUITA BROOKS-LASURE, Administrator of Centers for Medicare & Medicaid Services; U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES; CENTERS FOR MEDICARE & MEDICAID SERVICES, :

        Defendants. :

Civil Action No. 23-3335(ZNQ)(JBD)

Hon. Zahid N. Quraishi
Hon. J. Brendan Day

**NOTICE OF APPEAL**

Pursuant to Federal Rules of Appellate Procedure 3(a)(1) and 4(a)(1)(B), Plaintiff Bristol Myers Squibb Company hereby appeals to the United States Court of Appeals for the Third Circuit from the final judgment entered on April 29, 2024. *See* ECF No. 110 (Opinion); ECF No. 111 (Order).

Respectfully submitted,

 /s/ *Jeffrey J. Greenbaum*
Jeffrey J. Greenbaum
Katherine M. Lieb
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-5430

Toni-Ann Citera*
Rajeev Muttreja*
JONES DAY
250 Vesey Street
New York, NY 10281
(212) 326-3939

Noel J. Francisco*
Yaakov M. Roth*
Brett A. Shumate*
Charles E.T. Roberts*
JONES DAY
51 Louisiana Avenue N.W.
Washington, DC 20012
(202) 879-3939

*admitted *pro hac vice*

*Counsel for Plaintiff*
*Bristol Myers Squibb Company*

Dated:  April 29, 2024

2