# Sills Cummis & Gross
A Professional Corporation

The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102
Tel: (973) 643-7000
Fax (973) 643-6500

**Jeffrey J. Greenbaum**
**Member**
**Admitted In NJ, NY**
**Direct Dial: 973-643-5430**
**Email:**
**jgreenbaum@sillscummis.com**

101 Park Avenue
28th Floor
New York, NY 10178
Tel: (212) 643-7000
Fax: (212) 643-6500

January 16, 2025

**By CM/ECF**

Hon. J. Brendan Day
United States Magistrate Judge
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re:   ***Bristol Myers Squibb Company v. Becerra, et al.***
       **Civil Action No. 23-3335 (ZNQ)(JBD)**

Dear Judge Day:

Together with Jones Day, we represent Plaintiff Bristol Myers Squibb Company ("BMS") in the above-referenced matter. Brett A. Shumate was admitted *pro hac vice* in this matter on July 26, 2023. *See* Dkt. No. 27. Effective tomorrow, Mr. Shumate will be leaving Jones Day.

Accordingly, pursuant to Local Civil Rule 101.1(c)(5), we respectfully request the Court's approval of Mr. Shumate's withdrawal as *pro hac vice* counsel in this matter. Other attorneys from Jones Day, and my firm, Sills Cummis & Gross P.C., will remain as counsel for BMS in this matter. If this request meets with Your Honor's approval, we respectfully request that Your Honor "So Order" this letter pursuant to Local Civil Rule 101.1(c)(5).

Sills Cummis & Gross
A Professional Corporation

Hon. J. Brendan Day
January 16, 2025
Page 2

    We thank the Court for its consideration of this request. Should Your Honor have any questions, we are available at your convenience.

                                      Respectfully yours,

                                      *s/ Jeffrey J. Greenbaum*
                                      JEFFREY J. GREENBAUM

cc:    All counsel of record

SO ORDERED:

_____
Hon. J. Brendan Day, U.S.M.J.