UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
TRENTON VICINAGE

| | |
|---|---|
| BRISTOL MYERS SQUIBB COMPANY,<br><br>           Plaintiff,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of the Department of Health and Human Services, *et al.*,<br><br>           Defendants. | Case No. 3:23-cv-3335-RK-JBD<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE** |

**It Is So Ordered** this 21st day of January, 2025, that Alexander V. Sverdlov, Esq., Attorney for the United States Department of Justice, is hereby withdrawn as counsel on behalf of defendants.

*/s/ J. Brendan Day*
J. BRENDAN DAY
UNITED STATES MAGISTRATE JUDGE

    Please take notice that Alexander V. Sverdlov, Trial Attorney at the United States Department of Justice, Civil Division, Federal Programs Branch, hereby withdraws his appearance on behalf of Defendants in this matter pursuant to Local Rule 102.1. The undersigned is departing the U.S. Department of Justice and will, therefore, no longer be participating in this case. Defendants remain represented by other counsel from the U.S. Department of Justice, as reflected on the Court's docket.

Dated: January 17, 2025  Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MICHELLE R. BENNETT
Assistant Branch Director

/s/ Alexander V. Sverdlov
ALEXANDER V. SVERDLOV
 (NY Bar 4918793)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 305-8550
alexander.v.sverdlov@usdoj.gov

*Counsel for Defendants*