UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 24-1820
_____

BRISTOL MYERS SQUIBB CO.,
Appellant

v.

SECRETARY UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; ADMINISTRATOR CENTERS FOR MEDICARE & MEDICAID SERVICES; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; CENTERS FOR MEDICARE & MEDICAID SERVICES
*(Amended as per the Clerk's 09/13/2024 Order)

_____

No. 24-1821
_____

JANSSEN PHARMACEUTICALS INC.,
Appellant

v.

SECRETARY UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; ADMINISTRATOR CENTERS FOR MEDICARE & MEDICAID SERVICES; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; CENTERS FOR MEDICARE & MEDICAID SERVICES
_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. Civil Nos. 3:23-cv-03335 and 3:23-cv-03818)
District Judge: Honorable Zahid N. Quraishi
_____

Argued on October 30, 2024

Before: HARDIMAN, PHIPPS, and FREEMAN, *Circuit Judges*

_____

**JUDGMENT**
_____

These causes came to be considered on the records from the United States District Court for the District of New Jersey and were argued on October 30, 2024.

On consideration whereof, it is hereby **ORDERED and ADJUDGED** that the orders of the District Court entered on April 29, 2024, be and are hereby **AFFIRMED**. Costs are taxed against Appellants. All of the above in accordance with the opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: September 4, 2025